# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOSHUA JOHN TEDTAOTAO, aka JOSHUA JOHN PANGELINAN,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS and DR. ANDERSON,<br><br>Defendants. | CIVIL CASE NO. 21-00016<br><br>**ORDER DISMISSING CASE** |

On September 28, 2022, the court dismissed the Complaint with leave to amend within thirty days of its order. *See* ECF No. 6. The court's order was sent to Plaintiff's address but was returned as undeliverable on October 19, 2022. *See* ECF No. 7. The court re-served the order on October 20, 2022.

The thirty days to amend the Complaint have passed, and the court declines to toll the deadline in light of Plaintiff's failure to prosecute his case by providing the court with an updated address. *See Ash v. Cvetkov*, 739 F.2d 493 (9th Cir. 1984). As such, the above-captioned matter is **DISMISSED**.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
        **Chief Judge**
        **Dated: Nov 03, 2022**

